IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSICA NANCE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-1882-L** |
| | § | |
| RANDY MEEKS; JERRY STEVENS; | § | |
| BRUCE MESSICK; TAMMY SHERMAN; | § | |
| BELINDA SPOONMORE; AMY LAM; | § | |
| CLIFTON KING; TIMOTHY | § | |
| WHITEHEAD; STEVEN NORTH; | § | |
| MARIA RODRIGUEZ; NATHANIEL | § | |
| AKERS; BRANDON CHAMBERS; | § | |
| and ANNA HIGGINS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was referred to United States Magistrate Judge David L. Horan, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 1, 2018, recommending that the court grant Defendants' Motion for Summary Judgment (Doc. 20) on the affirmative defense of qualified immunity and dismiss this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff did not file objections to the Report, even though she was granted an extension to September 14, 2018, to do so.

After reviewing the pleadings, motions, briefs, evidence, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, **grants** Defendants' Motion for Summary Judgment (Doc. 20), and **dismisses with prejudice** this action and all claims asserted by Plaintiff against Defendants.

**It is so ordered** this 30th day of October, 2018.

Sam A. Lindsay  
United States District Judge